# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1867

_____

MARLON CLOUD,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

April 8, 2026

PER CURIAM.

   AFFIRMED. *See Alcorn v. State*, 121 So. 3d 419, 430 (Fla. 2013).

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marlon Cloud, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.